**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| Vincent Vaiano, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 24-CV-11332-AK |
| v. | ) | |
| | ) | |
| Equifax Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF DISMISSAL**

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order [Dkt. 19] entered on 2/27/2025, it is hereby **ORDERED** that the above-entitled action be, and hereby is, **DISMISSED**.

Dated: 2/27/2025                                                                                   By the Court,

                                                                                                              /s/ Courtney Horvath
                                                                                                              Deputy Clerk